UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| IN RE: | CASE NO: 23-00184-eg |
|---|---|
| Scott Matthew Huggins | CHAPTER: 13 |
| | ORDER AUTHORIZING SALE OF ASSET NUNC PRO TUNC |
| DEBTOR(S) | |

    This proceeding comes before the Court on the application of Scott Matthew Huggins for authority to sell free and clear of liens the estate's interest in a 2020 Kia Telluride EX.

    The Court has been informed that all parties in interest have been notified of the intention to sell said property and that no objection to the proposed sale has been received or filed by any party with the Court. The Debtor has represented to the Court that such sale is in the best interest of creditors of the estate. The Applicant also has informed the Court that liens claimed by Bridgecrest against said property should attach to the proceeds of sale or should be paid upon the sale of said property. It is therefore,

    ORDERED, ADJUDGED, AND DECREED, that the Debtor is authorized to sell the property to the buyer listed in the Amended Notice and Application for Sale of Property at the price specified.

    AND IT IS SO ORDERED.