UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re: | Case No. 23-00184-eg |
| Scott Matthew Huggins | Chapter 13 |
| Debtor. | **CONSENT ORDER TO RESOLVE CLAIMS OBJECTION** |

This matter comes before this Court upon the joint motion of the Debtor and Louise Grant ("Creditor"), and with the consent of the Chapter 13 Trustee.

The parties have two (2) matters before the Court that are to be addressed by this consent order:

1.    Debtor's Objection to Claim of Creditor, filed April 25, 2023, (Objection to Claim), set for hearing June 22, 2023 at 10:30 am.

2.    Adversary Proceeding filed by Debtor removing state court litigation to determine the property rights between the Debtor and Creditor and the dischargeablity of debt, case no. 23-80013-eg filed February 22, 2023 (Adversary Proceeding), currently pending with pretrial conference hearing anticipated.

The parties recognize that the outcome and/or resolution of the Adversary Proceeding would affect the Objection to Claim.  Accordingly, the parties request that the Court remove the Objection Claim from the court docket without prejudice with the understanding that the claim and the Objection to Claim will be addressed through the Adversary Proceeding.

NOW, THEREFORE, upon good cause shown,

IT IS HEREBY ORDERED:

1.      The Objection to Claim and the Response are hereby removed from the docket, and are to be resolved through the Adversary Proceeding.

2.      The Objection to Claim and the Response are hereby removed from the docket without prejudice and without costs with the right of the parties, upon good cause shown on or before October 20, 2023, to file a motion to restore this matter to the docket or to seek an extension of the deadline.  Upon failure to timely request restoration of this action or seek an extension of the deadline, the Objection to Claim shall be deemed overruled without prejudice and without costs.


AND IT IS SO ORDERED.


**FILED BY THE COURT**
**06/21/2023**



Elisabetta G. M. Gasparini
US Bankruptcy Judge
District of South Carolina

Entered: 06/21/2023


WE SO MOVE AND CONSENT:

**Markham Law Firm, LLC**
/s/Sean Markham
Sean Markham, I.D. # 10145
Attorney for Scott Matthew Huggins
P.O. Box 101
Mount Pleasant, SC 29465-0101
Tel: 843-284-3646
sean@markhamlawsc.com

/s/ J. Ronald Jones, Jr.
J. Ronald Jones, Jr.
U.S. District Court ID 5874
Smith Debnam Narron Drake
Saintsing & Myers, LLP
171 Church Street, Suite 120C (29401)
P. 0. Box 22795
Charleston, SC 29413
Telephone: (843) 714-2535
Facsimile: (843) 714-2541
Email: rjones@smithdebnamlaw.com