THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

IN RE:

Scott Matthew Huggins

Debtor(s)

CHAPTER 13
BANKRUPTCY NO. 23-00184-eg

## AFFIDAVIT OF DEFAULT AS TO THE TRUSTEE ONLY

PERSONALLY APPEARED before me the undersigned who, being duly sworn, deposes and states that:

1. He/she is the attorney for the moving party, Fifth Third Bank, National Association.

2. A copy of the Notice of Motion Seeking Relief, the Motion to Modify Stay and Certification of Facts filed by Fifth Third Bank, National Association were duly served on each of the parties named in the Certificate of Service filed herein.

3. No objection to the relief sought was filed by the Chapter 13 Trustee, James M. Wyman, who is in default.

/s/Ashley Z. Stanley
Ashley Z. Stanley (ID #10329)
John S. Kay (ID #3936)
Alan M. Stewart (ID #7231)
Sarah O. Leonard (ID #12541)
HUTCHENS LAW FIRM LLP
Attorneys for Fifth Third Bank, National Association
P.O. Box 8237 (29202)
240 Stoneridge Drive
Suite 400
Columbia, SC 29210
(803) 726-2700
ashley.stanley@hutchenslawfirm.com
john.kay@hutchenslawfirm.com
alan.stewart@hutchenslawfirm.com
sarah.leonard@hutchenslawfirm.com

SWORN to before me this 21st
Day of November, 2023

/s/ Jodie Brull
Jodie Brull
Bankruptcy Assistant Department Manager, SC
NOTARY PUBLIC FOR SOUTH CAROLINA
My Commission Expires: 10/31/2024

November 21, 2023