THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

IN RE:

Scott Matthew Huggins

Debtor(s)

CHAPTER 13

BANKRUPTCY NO. 23-00184-eg

This matter comes before the Court pursuant to the motion of Fifth Third Bank, National Association, (hereinafter "Movant"), which seeks relief from the co-debtor stay in this case.  Now, therefore, upon the agreement of the parties,

IT IS HEREBY ORDERED that the 11 U.S.C. §1301 co-debtor stay shall remain in effect as long as Debtor(s) complies with the terms of the Settlement Order resolving Movant's motion for relief from the automatic stay (the "Settlement Order") filed in this case.

IT IS FURTHER ORDERED that should the Debtor(s) fail to comply with the terms of the Settlement Order, upon an ex parte showing by affidavit of that default and a proposed order, the Movant shall be entitled to relief from the co-debtor stay so as to permit movant to pursue its claim against the Co-Debtor in a court of competent jurisdiction.

AND IT IS SO ORDERED.

WE SO CONSENT:

/s/Ashley Z. Stanley
Ashley Z. Stanley (ID #10329)
John S. Kay (ID #3936)
Alan M. Stewart (ID #7231)
Sarah O. Leonard (ID #12541)
HUTCHENS LAW FIRM LLP
Attorneys for Fifth Third Bank, National Association
P.O. Box 8237 (29202)
240 Stoneridge Drive
Suite 400
Columbia, SC 29210
(803) 726-2700
ashley.stanley@hutchenslawfirm.com
john.kay@hutchenslawfirm.com
alan.stewart@hutchenslawfirm.com
sarah.leonard@hutchenslawfirm.com


/s/Sean P. Markham
Sean P. Markham (ID# 10145)
Attorneys for Debtors
Markham Law Firm, LLC
PO Box 101
Mount Pleasant, SC 29465
Phone: (843) 284-3646