# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br>SCOTT MATTHEW HUGGINS | CASE NO: 23-00184-EG<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 12/15/2023, I did cause a copy of the following documents, described below,

Order Extending Deadline To Restore Claim Objection.

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/15/2023

/s/ Markham Law Firm, LLC
Markham Law Firm, LLC  76088

Sean Markham
PO Box 101
Mount Pleasant, SC  29465
843 284 3646
sean@markhamlawsc.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| IN RE: | CASE NO: 23-00184-EG |
|---|---|
| SCOTT MATTHEW HUGGINS | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 12/15/2023, a copy of the following documents, described below,

Order Extending Deadline To Restore Claim Objection.

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/15/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Markham Law Firm, LLC
Sean Markham
PO Box 101
Mount Pleasant, SC  29465

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 23-00184-EG<br>DISTRICT OF SOUTH CAROLINA<br>FRI DEC 15 10-28-43 PST 2023 | BRIDGECREST ACCEPTANCE CORPORATION CO AIS<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 | (U)FIFTH THIRD BANK NATIONAL ASSOCIATION |
| WELLS FARGO BANK NA<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7200 | EXCLUDE<br>J BRATTON DAVIS UNITED STATES BANKRUPTCY COURTHOUSE<br>1100 LAUREL STREET<br>COLUMBIA SC 29201-2423 | AMERICAN EXPRESS<br>PO BOX 981537 EL PASO TX<br>EL PASO TX 79998-1537 |
| AMERICAN EXPRESS<br>PO BOX 297871<br>FORT LAUDERDALE FL 33329-7871 | AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | BANK OF AMERICA NA<br>PO BOX 673033<br>DALLAS TX 75267-3033 |
| BARCLAY BANK<br>PO BOX 8803<br>WILMINGTON DE 19899-8803 | BRIDGECREST<br>7300 E HAMPTON AVE<br>MESA AZ 85209-3324 | BRIDGECREST<br>PO BOX 842695<br>LOS ANGELES CA 90084 2695 |
| CARVANA LLC BRIDGECREST CO AIS PORTFOLIO<br>PO BOX 4138<br>HOUSTON TX 77210-4138 | (P)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | DISCOVER BANKDISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| DISCOVER CARD<br>PO BOX 71242<br>CHARLOTTE NC 28272-1242 | (P)FIFTH THIRD BANK<br>MD ROPS05 BANKRUPTCY DEPT<br>1850 EAST PARIS SE<br>GRAND RAPIDS MI 49546-6253 | FIFTH THIRD BANK NATIONAL ASSOCIATION<br>5001 KINGSLEY DRIVE<br>1MOBBW<br>CINCINNATI OH 45227-1114 |
| HEIDI HUGGINS<br>4170 CLUB COURSE<br>NORTH CHARLESTON SC 29420-7520 | IRS<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| KLAYTON ALBERT<br>7635 FEN RIDGE<br>CLARKSTON MI 48348-4366 | LOUISE GRANT<br>89 AMERICA ST<br>CHARLESTON SC 29403-5623 | LOUISE GRANT<br>CO VANESSA GRANT<br>ATTORNEY IN FACT FOR LOUISE GRANT<br>300 ENGLISH IVY DRIVE<br>GOOSE CREEK SC 29445-6353 |
| MERRITT G ABNEY<br>NELSON MULLINS RILEY<br>POST OFFICE BOX 1806<br>CHARLESTON SC 29402-1806 | NAVY FEDERAL<br>PO BOX 3000<br>MERRIFIELD VA 22119-3000 | PO BOX 30939<br>SALT LAKE CITY UT 84130-0939 |

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| ROMAN V HAMMES<br>215 W 2ND SOUTH STREET<br>SUMMERVILLE   SC 29483-6051 | SC DEPARTMENT OF REVENUE<br>BANKRUPTCY DEPARTMENT<br>PO BOX 12265<br>COLUMBIA   SC 29211-2265 | SYNCBPPC<br>PO BOX 965005<br>ORLANDO   FL 32896-5005 |
| SCOTT HUGGINS<br>4170 CLUB COURSE<br>NORTH CHARLESTON   SC 29420-7520 | WELLS FARGO BANK  NA<br>DEFAULT DOCUMENT PROCESSING<br>MAC N9286-01Y<br>PO BOX 1629<br>MINNEAPOLIS MN 55440-1629 | WELLS FARGO HOME EQUITY<br>PO BOX 105632<br>ATLANTA   GA 30348 5632 |
| JAMES M WYMAN<br>PO BOX 997<br>MOUNT PLEASANT   SC 29465-0997 | ~~EXCLUDE~~<br>~~(U)LOUISE GRANT~~ | ROMAN V HAMMES<br>CHARPIA   HAMMES   ATTORNEYS AT LAW<br>215 W 2ND SOUTH ST<br>SUMMERVILLE   SC 29483-6051 |
| DEBTOR<br>SCOTT MATTHEW HUGGINS<br>4170 CLUB COURSE DRIVE<br>NORTH CHARLESTON   SC 29420-7520 | SEAN P MARKHAM<br>MARKHAM LAW FIRM  LLC<br>PO BOX 101<br>MOUNT PLEASANT   SC 29465-0101 | ~~EXCLUDE~~<br>~~US TRUSTEES OFFICE~~<br>~~STROM THURMOND FEDERAL BUILDING~~<br>~~1835 ASSEMBLY STREET~~<br>~~SUITE 953~~<br>~~COLUMBIA   SC 29201-2448~~ |