# U.S. BANKRUPTCY COURT
## District of South Carolina

Case Number: **23-00184-eg**

## Consent Order

The relief set forth on the following pages, for a total of 3 pages including this page, is hereby ORDERED.



**FILED BY THE COURT**
**04/19/2024**

Entered: 04/19/2024

Elisabetta G. M. Gasparini
US Bankruptcy Judge
District of South Carolina

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| In re: | Case No. 23-00184-eg |
|---|---|
| Scott Matthew Huggins | Chapter 13 |
| Debtor. | **CONSENT ORDER TO EXTEND RESOUTION ON CLAIMS OBJECTION** |

      This matter comes before this Court upon the joint motion of the Debtor and Louise Grant ("Creditor") to extend the existing deadline created by the previous order entered by the Court on June 21, 2023 ("Claim Order") to hold the pending objection to the claim of Louise Grant in abeyance.

      The June 21, 2023 order originally set a deadline of October 20, 2023 for the objection to the claim of Louise Grant to be disposed of as set out in the June 21, 2023 order, or the deadline further extended. The parties previously agreed to continue the October 20, 2023 deadline to allow for the trial in the adversary pending between Louise Grant and the Debtor. The last such extension set the deadline as April 20, 2024. Since that extension this Court issued an order on February 26, 2024. That order concluded the adversary matters between the Debtor and Louise Grant ("Adversary Order"). The Adversary Order required the Debtor to transfer his interest in the disputed property to Louise Grant no later than April 15, 2024, and required Louise Grant to pay certain sums to the Debtor no later than April 26, 2024. To allow for the payment to take place before restoration of these issues to the active docket the parties have agreed to an additional 30 day extension of the requirements in the ("Claim Order") to May 20, 2024.

      As such, with the consent of the parties below the Objection to Claim and the Response remains removed from the docket without prejudice and without costs with the right of the parties, upon good cause shown on or before May 20, 2024, to file a motion to restore this matter to the docket or to seek an extension of the deadline. Upon failure to timely request restoration of this action, file an amendment to the Proof of Claim or seek an extension of the deadline, the Objection to Claim shall be deemed overruled without prejudice and without costs.

AND IT IS SO ORDERED.

WE SO MOVE AND CONSENT:

**Markham Law Firm, LLC**
/s/Sean Markham
Sean Markham, I.D. # 10145
Attorney for Scott Matthew Huggins
P.O. Box 101
Mount Pleasant, SC 29465-0101
Tel: 843-284-3646
sean@markhamlawsc.com

/s/ J. Ronald Jones, Jr.
J. Ronald Jones, Jr.
U.S. District Court ID 5874
Smith Debnam Narron Drake
Saintsing & Myers, LLP
171 Church Street, Suite 120C (29401)
P. 0. Box 22795
Charleston, SC 29413
Telephone: (843) 714-2535
Facsimile: (843) 714-2541
Email: rjones@smithdebnamlaw.com